IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael A. Ropp, | : | |
| Plaintiff, | : | Case No. 2:05-cv-700 |
| v. | : | Judge Marbley |
| Deputy Thomas Underwood, et al., | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

Plaintiff Ropp brings this action alleging that defendant injured him in violation of his constitutional rights. This matter is before the Court on Magistrate Judge Abel's January 12, 2007 Report and Recommendation that defendants' September 14, 2006 unopposed motion for summary judgment (doc.16) be granted. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** defendants' September 14, 2006 unopposed motion for summary judgment (doc.16).

      s/Algenon L. Marbley
    Algenon L. Marbley, Judge
    United States District Court